IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TEX PAT, LLC,  §<br>　　*Relator*, §<br>　　§<br>v. §<br>　　§<br>　　§<br>ENTEGRIS, INC., et al., §<br>　　*Defendants.* §<br>　　§<br>　　§ | Civil Action No. 5:11-cv-00036<br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Relator Tex Pat, LLC ("Relator") and defendants Entegris, Inc., and Poco Graphite, Inc. have settled all of the claims asserted in this case, and that could have been asserted in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**SIGNED this 11th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE